UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Tamaya T Williams-Dixon

Debtor(s)

Case No. 15 B 35852

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/21/2015.

2) The plan was confirmed on 02/22/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Converted on 08/22/2017.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,182.38 |
| Less amount refunded to debtor | $265.14 |

**NET RECEIPTS:** $5,917.24

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $249.11 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,249.11

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 2001 Boutique and Sales | Unsecured | 4,711.80 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 1,136.68 | NA | NA | 0.00 | 0.00 |
| Advance Paycheck | Unsecured | 457.43 | NA | NA | 0.00 | 0.00 |
| All Credit Lenders | Unsecured | 2,224.94 | 1,688.00 | 1,688.00 | 0.00 | 0.00 |
| Allied Cash Advance | Unsecured | 622.00 | NA | NA | 0.00 | 0.00 |
| Alpine Bank | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| America Cash Advance | Unsecured | 1,471.34 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 1,017.00 | 553.15 | 553.15 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 3,400.00 | 1,710.30 | 1,710.30 | 0.00 | 0.00 |
| Ashro Lifestyle | Unsecured | 159.00 | 159.68 | 159.68 | 0.00 | 0.00 |
| Caine & Weiner | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| Cash Loans by BMAC Inc | Unsecured | 800.00 | 654.01 | 654.01 | 0.00 | 0.00 |
| Cba Collection Bureau | Unsecured | 573.00 | NA | NA | 0.00 | 0.00 |
| Charter One | Unsecured | 204.05 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department Finance | Unsecured | 11,000.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 1,206.00 | 1,325.26 | 1,325.26 | 0.00 | 0.00 |
| Continental Finance | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| Credit Management | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | 628.00 | NA | NA | 0.00 | 0.00 |
| DirecTV | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Economy Interiors | Unsecured | 1,389.76 | NA | NA | 0.00 | 0.00 |
| ER Solutions/Convergent Outsourcing, IN | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| ER Solutions/Convergent Outsourcing, IN | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| Friendly Finance Corporation | Unsecured | 11,748.49 | 11,918.58 | 11,918.58 | 0.00 | 0.00 |
| Genesis Financial Services | Unsecured | 632.80 | NA | NA | 0.00 | 0.00 |
| Get Cash USA | Unsecured | 1,077.09 | NA | NA | 0.00 | 0.00 |
| IC System | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 4,391.85 | 779.10 | 779.10 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 2,346.29 | 5,060.40 | 5,060.40 | 735.69 | 0.00 |
| Impact Cash | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 5,957.75 | 6,413.66 | 6,413.66 | 932.44 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Internal Revenue Service | Unsecured | 0.00 | 410.32 | 410.32 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 412.50 | 550.00 | 550.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 510.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| Jelly Roll Cash 4u | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| John Stroger Hospital | Unsecured | 724.80 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| Lighthouse Financial Group | Unsecured | 985.70 | NA | NA | 0.00 | 0.00 |
| Mildred Harris | Unsecured | 0.00 | 750.00 | 750.00 | 0.00 | 0.00 |
| Mile Square Health Center | Unsecured | 546.99 | NA | NA | 0.00 | 0.00 |
| Monroe & Main | Unsecured | 140.00 | 140.65 | 140.65 | 0.00 | 0.00 |
| Monterey Financial Services, Inc | Unsecured | 2,139.96 | NA | NA | 0.00 | 0.00 |
| Montgomery Ward | Unsecured | 196.00 | 196.76 | 196.76 | 0.00 | 0.00 |
| My Next Paycheck | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Opportunity Financial, LLC | Unsecured | 1,373.60 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 0.00 | 9,231.27 | 9,231.27 | 0.00 | 0.00 |
| Payday online.com | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| PDO Financial, LLC | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,094.00 | 1,110.25 | 1,110.25 | 0.00 | 0.00 |
| PNC Bank | Unsecured | 674.83 | NA | NA | 0.00 | 0.00 |
| Quick Cash | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| Radiant Cash | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 411.71 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Group | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| Sagamore Cash | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 1,292.00 | 841.26 | 841.26 | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 723.00 | 722.98 | 722.98 | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 1,572.00 | NA | NA | 0.00 | 0.00 |
| Summitactres | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| The Payday Loan Store | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| Tremont Financial | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| University of Chicago Hospital | Unsecured | 259.49 | NA | NA | 0.00 | 0.00 |
| University of Chicago Medicine | Unsecured | 335.34 | NA | NA | 0.00 | 0.00 |
| University of Chicago Medicine | Unsecured | 934.64 | NA | NA | 0.00 | 0.00 |
| University of Illinois Hospital | Unsecured | 439.71 | NA | NA | 0.00 | 0.00 |
| University of Illinois Medical Cent | Unsecured | 150.89 | NA | NA | 0.00 | 0.00 |
| University of Illinois Physicians | Unsecured | 604.14 | NA | NA | 0.00 | 0.00 |
| US Auto Title Lenders, Inc. | Unsecured | 1,391.45 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 868.32 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| We Offer Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Woodforest National Bank | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Zingo Cash | Unsecured | 2,336.33 | 2,974.25 | 2,974.25 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $11,474.06 | $1,668.13 | $0.00 |
| **TOTAL PRIORITY:** | **$11,474.06** | **$1,668.13** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$36,225.82** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,249.11 |
| Disbursements to Creditors | $1,668.13 |
| **TOTAL DISBURSEMENTS :** | **$5,917.24** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/30/2017          By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**